09-CV-05319-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| GLENNYS CABRERA-FRET, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO.; DOE CORPORATIONS 1, 2 & 3,<br><br>Defendant. | No. C-09-05319-FDB<br><br>STIPULATION AND ORDER FOR DISMISSAL |

The parties hereby stipulate that the Plaintiff's claims against Defendant Walgreen Co., may be dismissed with prejudice and without costs to any party, and that the Order of Dismissal may be entered without notice of presentation.

DATED this 21st day of January, 2010.

FORSBERG & UMLAUF, P.S.　　　　　STIRBIS & STIRBIS, L.L.C.

By _____　　By _____
James B. Meade, WSBA #22852　　　David A. Stirbis #26037
Attorneys for Defendant Walgreen Co.　Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL – PAGE 1

443297/1330.0012

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
705 S. NINTH STREET • SUITE 302
TACOMA, WASHINGTON 98405
(253) 572-4200 • (253) 627-8408 FAX

## ORDER

This matter having come on before the court upon the stipulation of the undersigned parties, by and through their counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Walgreen Co. be dismissed with prejudice and without costs to any party.

Done ~~in open court~~ this 22 day of January, 2010.

_____
THE HONORABLE FRANKLIN D. BURGESS

PRESENTED BY:

FORSBERG & UMLAUF, P.S.

By _____ WSBA 35065
James B. Meade, WSBA #22852
Attorneys for Defendant Walgreen Co.

APPROVED FOR ENTRY, NOTICE OF PRESENATION WAIVED:

STIRBIS & STIRBIS, L.L.C.

By _____
David A. Stirbis #26037
Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL – PAGE 2

443297/1330.0012

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
705 S. NINTH STREET • SUITE 302
TACOMA, WASHINGTON 98405
(253) 572-4200 • (253) 627-8408 FAX